# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY DISON, JR., | Case No. 1:26-cv-02861-BAM (PC) |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR AND DIRECTING CLERK OF COURT TO FILE COMPLAINT AS MOTION TO REOPEN IN CASE NO. 1:24-CV-0876-JLT-SKO |
| v. | |
| R. REAVES, | |
| Defendant. | |

Plaintiff Donald Ray Dison, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on April 15, 2026. (ECF No. 1.)

Upon preliminary review, the complaint in this action seeks to reinstate his prior action, *Dison v. Reaves, et al.*, Case No. 1:24-cv-0876-JLT-SKO, and asserts various circumstances that prevented Plaintiff from responding to the Court's orders in that action. Therefore, it appears that the instant action, Case No. 1:26-cv-02861-BAM, was opened in error. As a result, the Court will direct the Clerk of the Court to correct this administrative error by (1) closing the incorrectly-opened new case; and (2) filing the "complaint" in this action as a motion to reopen in Case No. 1:24-cv-0876-JLT-SKO. Plaintiff is informed that he will not be charged the filing fee for the instant case.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court shall ADMINISTRATIVELY CLOSE this action, Case No. 1:26-cv-02861-BAM;

2.  The Clerk of the Court is DIRECTED to file the complaint, (ECF No. 1) in this action as a motion to reopen in Case No. 1:24-cv-0876-JLT-SKO;

3.  All pending motions in this matter, if any, are terminated.

IT IS SO ORDERED.

Dated:    **April 21, 2026**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE